IS GOD The Only way To Get a faiR Judgement?

CGI 220-04

Ms. Keller                                    12-19-15

Honorable Judge Keller

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

RE: Justice

Dear Lady (Honorable Judge Keller)

My name is Billy max Collins Graduate of Sulphur Bluff High at Sulphur Bluff Texas. 1972.

Since 1972 I have been 35-40yrs in in Weld + machine Shops, Heavy Equip, millwright, etc. My Trade or abilities ended upon The declaration by Federal Judge as Too my physical Disabilites to perform my Trade.

Now Other than the 12yrs + current time of incarceration which all Started In 1990-1994 Illegal DWI conviction, I have no expectation's that you will answer this letter But If you are truly a Honorable Judge I would think that you might be interested in hearing the rest of the Story as Paul Harvey use to say,

I was raised on a Dairy, my Father gave 20+ years keeping B52's in the air In the Air Force + 55 yrs to the mason's. I am no Criminal

I have made mistakes but I am not a criminal, I have a writ filed in your court under 16018 mistrial. you + your constituients Dismissed without written order due to I had already done the time. which is the Whole point I should have done no time then or Now.

Filled between 2004-2008

All prior DWI's have No evidence to support a Jury finding or a plea bargin of guilty From ineffective counsel: Cause 7907 was clearly a Violation of tccP Art 32.01 16018 was Clearly a violation of CSS 230-231 + 208 Double Jeopardy Out of Hopkins County, Lanny Ramsey + Judge Newsome. 8th District

I miss the Root Beer Stands of Dallas I have over the years when in Dallas made a point TO brace one, Last one I was at was only one STill Open on Samuals. across from Golf course

IN closing I am asking what has happened To JUSTICE?

Billy Max Collins   Bet you don't even answer this letter ??!!...

Jennifer Robinson                    3-2-15
Section Director
Review and Release Processing

RE: Stuart Jenkins, Parole Division Director
C/o Jennifer Robinson Last letter Dated
                                    1-13-15

Atten Parole People

I Billy Max Collins 1884849, 1350809,
554431 I hail not guilty.

Reasons 554431 ex wife was up for
attempted muder on me Shot me in
the face due to my daughter kept hollering
I want my Daddy I want my Daddy.

While under indictment she Set me
up with controlled substance charge
and I also received my first
alleged DWI. Notguilty off either

Went to trial had hung jury individual
and ex wife fled the State and I
could not get them in court. Received
probation then after my complaint
To attorney General they final
Brought her to trial.

and let her go by calling
me a hostile wittness when
I was the victim. TOLD them to stick
it you know where probation that is
SS4431 1994 3rd or more DWI
charge New law made it a felony

I was not guilty so I fought that
one, Parole Board reinstated me
for lack of Evidence to intoxication,
Trial was Deadlock

DA. got Pissed off DiD NOT Put
this INfo before Gran Jury
was inditifed for 1st felony
DWI 1995 Hung Jury Deadlock
Judge Ramsay dismissed Jury for
his Comvinence, Aquittell should
have been entered in the Record,

Nothing happened for 2½ yrs then
Brought to trial By a completely
New Judge (Newsome) +
Different Jury + cop changed
his story to I was known
Drug trafficer (Bullshit) anyway
had it on appeal They
New I would win under

Double Jeopardy and abandmount of case 2½ yrs earlier. ~ . ~

Now after finial getting off parole Due to a Statement officer made as to smell of alchol no warrant to take Blood.

Blood test had no chain of Custody affedavit or Certificate of anaylsis. Nor did alleged chemist Sign And Notorize any document To Truth of Results,

Look in archives on microFlim and see for yourself Linda Hammonds Parole Officer Dangy Hobbs Hearing officer out of Tyler. hearing held at county Jail in Hopkins County, FN 1994

Only after several Dssues of not being intoxicated did I Keep getting sent to Pusson

No traffic violations on any Stop.

I had one accident single car where Road work + Rain was the cause, Officer didn't even Say he Smelled alchol on that one + no Indict ment was Issuesd,

IT is nothing but time + time again getting Screwed over.

I do noT advocate being Drunk on the Road and if you are and cause a death don't matter time to Pay your dues. whether it be your 1ST or 10th

Now in closing I have lost my mother + Father Recently By there Grave you have my word as to No matter what I will noT go near a vechile with the Smell of alchol on me. Driving or riding.

I am trying to vindicate past Illegal incarcerations.

I will prevail But my hand on the good Book of God Let me go home while I STill have one.

Jesus Name I pray

Show me there is Justice I have hurt no one But Texas has Ruined my life + caused more harm than good.

Billy Max Callins 1884849

PS. If you got any honor about you get me the Revocation hearing I spoke off.

And look at it and send me a copy. If you are'nt scared of the truth. Finally I have no Doubt D.P.S. altered my Blood Test This last time the Reason For no chain of custody affadavit.

Everything that has
Been done To me was
illegal By God
A Texas Law
I got letter at Home From
Joseph Long From 2009
Telling my Record To Turn
me lose and they would it
was not a TyP-O at the
Rissie
Owens
Signed it



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

January 13, 2015

CORRESPONDENCE TRACKING #284216

MR. BILLY MAX COLLINS
TDCJ# 1884849 / SID# 02121764
TERRELL UNIT
1300 FM 655
ROSHARON, TX    77583

RE: BILLY MAX COLLINS       TDCJ# 1884849 / SID# 02121764

DEAR MR. COLLINS:

The Parole Division received your correspondence dated 1/5/2015. It will be available for review by the Texas Board of Pardons and Paroles.

If you have any questions related to the release of an offender, please contact the TDCJ - Parole Division Status Line at (512) 406-5202.

Sincerely,

*I asked For a Time + Date*

*I can't call (512) 606-5202*

*Give me parole till my legal Battle is over if I lose and I am Really That Bad a person I'll Take lethal Injection*

Jennifer Robinson
Section Director
Review and Release Processing

JR: naz
CC: Offender File

*The mission of the Parole Division is to promote public safety and positive offender change through effective supervision, programs, and services.*

Stuart Jenkins, Parole Division, Director
8610 Shoal Creek, Austin, Texas 78757
Phone (512) 406-5943, Fax (512) 371-9645
www.tdcj.texas.gov

Billy Max Collins 1884849
Terrell /R3
1300 FM655
Rosharon Tex 77583

Legal Mail
Put on File
in Texas
Court System

To Honorable Dudge Keller + associates.
P.o. Box 12308
Capitol Station
Austin, Texas 78711

NORTH HOUSTON TX 773
21 DEC 2015 PM 1 L

FOREVER USA

78711230808